UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00079

**Jimmy Rontrail Sanders,**
*Plaintiff,*
v.
**C. Lusk, et al.,**
*Defendants.*

Before BARKER, *District Judge*

### ORDER

Plaintiff Jimmy Sanders, an inmate confined at the Gregg County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 17) that defendants' motion to stay be granted, and the above-styled action be administratively closed and placed on the inactive docket because of plaintiff's pending prosecution. A copy of this report was mailed to plaintiff, and he has filed no objections. *See Douglass v. United States Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

There being no objections, and the court being satisfied that the report contains no clear error, the court **adopts** the findings and conclusions of the magistrate judge as the findings and conclusions of the court. Accordingly, defendants' motion to stay (Doc. 13) is **granted** and the above-styled civil action is **administratively closed**, subject to reopening upon further order of the court. Any motion that may be pending in this action shall be **terminated** pending reopening of the case. The clerk of court is **directed** to close the case.

- 2 -

*So ordered by the court on June 15, 2020.*

                                       J. CAMPBELL BARKER
                                     United States District Judge